

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christina Victoria Cruz,                 \* From the 29th District Court
                                                     of Palo Pinto County
                                                     Trial Court No. 16065B.

Vs. No. 11-18-00094-CR              \* November 15, 2018

The State of Texas,                   \* Per Curiam Memorandum Opinion
                                                     (Panel consists of: Bailey, C.J.,
                                                     Willson, J., and Wright, S.C.J., sitting
                                                     by assignment)
                                                     (Willson, J., not participating)

      This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.